UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA

Entered on Docket
December 01, 2009

Hon. Linda B. Riegle
United States Bankruptcy Judge

Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No. **********1933/ Our File No. 08-12-7495

Attorney for Secured Creditor
Chase Home Finance, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: HANA BELETE, Debtor(s) | CHAPTER 13<br>BANKRUPTCY NO.: 08-24084-LBR<br>DATE: Nov 17, 2009<br>TIME: 10:30 AM |
|---|---|

**ORDER TERMINATING THE AUTOMATIC STAY**
**RE: DEBTOR AND BANKRUPTCY ESTATE**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Automatic Stay re: Debtor and Bankruptcy Estate in the above-entitled Bankruptcy case is terminated as to Secured Creditor, Chase Home Finance, LLC , its assignees and/or successors in interest, regarding the property located and generally described as 7849 Somerhill Point Way, Las Vegas, NV 89139, ("Property" herein) and legally described as follows:

LOT 38 IN BLOCK 3 OF VALENCIA, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 108 OF PLATS, PAGE 44 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that no less than five (5) days prior to any first scheduled (or re-scheduled) foreclosure sale following entry of this Order, the Secured Creditor must give the Debtor notice thereof by mailing an additional "notice of foreclosure sale" to the Debtor at the address of the subject property as mentioned above.

Submitted by:

THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm

By: _/s/ Michael W. Chen_ Date: ____________

Michael W. Chen, Esq.
Attorney for Secured Creditor
Chase Home Finance, LLC

By: _Emailed 11/19/09- No Response Received_ Date: ____________

Kathleen A. Leavitt
Chapter Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, the undersigned certifies:

____The court has waived the requirement of approval under LR 9021.

____No parties appeared or filed written objections, and there is no trustee appointed in the case.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond as indicated below:

Kathleen A. Leavitt– failed to respond

###